| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter    **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Magnolia Park** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3194910** | |
| 4. | **Debtor's address** | **Principal place of business** **121 E. Main St Ste 305** **Visalia, CA 93291** Number, Street, City, State & ZIP Code **Tulare** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **2950 E. Douglas Ave Visalia, CA 93292** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **magnoliaparkassistedliving.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | Magnolia Park | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   6233

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Magnolia Park**        Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
       Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Magnolia Park**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 19, 2019**
MM / DD / YYYY

**X /s/ Esperanza Hansen**      **Esperanza Hansen**
Signature of authorized representative of debtor      Printed name

Title **CEO**

**18. Signature of attorney**

**X /s/ Justin D. Harris**      Date **December 19, 2019**
Signature of attorney for debtor      MM / DD / YYYY

**Justin D. Harris**
Printed name

**HARRIS LAW FIRM, PC**
Firm name

**7110 N. Fresno St., Suite 400**
**Fresno, CA 93720**
Number, Street, City, State & ZIP Code

Contact phone **(559) 272-5700**      Email address **jdh@harrislawfirm.net**

**199112 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Magnolia Park** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA Security, Inc. 321 Noble Avenue Farmersville, CA 93223 | | Fire watch services. | | | | $25,628.84 |
| California Water Service 216 N Valley Oaks Dr Visalia, CA 93292 | | Utilities for assisted living facility. | | | | $650.00 |
| City of Visalia Solid Waste 707 W Acequia Ave Visalia, CA 93291 | | Utilities for assisted liviing facility. | | | | $391.15 |
| City of Visalia-Utilities PO Box 80268 City of Industry, CA 91716-8268 | | Utilities for assisted living facility. | | | | $390.00 |
| Comcast 9602 South 300 West Suite B Sandy, UT 84070-3302 | | Utilities for assisted living facility. | | | | $185.00 |
| Direct TV PO Box 105249 Atlanta, GA 30348 | | Utilities for assisted living facility. | | | | $350.00 |
| Johnson Controls 3451 W Ashlan Ave Fresno, CA 93722 | | HVAC for assisted living facilities. | | | | $7,823.77 |
| OnDeck Capital PO Box 12021 Arlington, VA 22219 | | Business Loan | | | | $110,660.40 |
| Protection 1 Security Solutions 724 N Elko St Visalia, CA 93291 | | Security services. | | | | $4,482.30 |

Debtor **Magnolia Park**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Joaquin Pest Control**<br>**1104 N Marcin St**<br>**Visalia, CA 93291** | | **Trade debt.** | | | | $509.00 |
| **San Lazarus Health Care**<br>**PO Box 4905**<br>**Carson, CA 90749** | | **Trade debt.** | | | | $4,728.00 |
| **Security First Alarm King**<br>**635 N Plaza Drive**<br>**Visalia, CA 93291** | | **Security services.** | | | | $14,289.40 |
| **SoCalGas**<br>**1305 E Noble Ave**<br>**Visalia, CA 93291** | | **Utilities.** | | | | $850.00 |
| **Southern California Edison**<br>**PO Box 800**<br>**Rosemead, CA 91770** | | **Utilities for Building C** | | | | $471.00 |
| **Southern California Edison**<br>**PO Box 800**<br>**Rosemead, CA 91770** | | **Utilities for Buildings A & B** | | | | $3,701.88 |
| **Stott**<br>**PO Box 7209**<br>**Chico, CA 95927** | | **Trade debt.** | | | | $2,475.00 |
| **Tulare County Assessor**<br>**221 S Mooney Blvd**<br>**Visalia, CA 93291** | | **2017 property taxes for 2950 E. Douglas Ave** | | | | $40,902.74 |
| **Tulare County Assessor**<br>**221 S Mooney Blvd**<br>**Visalia, CA 93291** | | **2019 property taxes for 2950 E. Douglas Ave** | | | | $40,694.18 |
| **Tulare County Assessor**<br>**221 S Mooney Blvd**<br>**Visalia, CA 93291** | | **2018 property taxes for 2950 E. Douglas Ave** | | | | $37,984.06 |
| **Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266** | | **Utilities.** | | | | $570.00 |

```
AAA Security, Inc.
321 Noble Avenue
Farmersville, CA 93223


Arnold Gonzalez
121 E. Main Street
Suite 305
Visalia, CA 93291


California Department of Social Services
Community Care Licensing Division
744 P Street, MS 8-17-17
Sacramento, CA 95814


California Department of Social Services
Attn: Brenda White
1314 E. Shaw Ave
Fresno, CA 93710


California Water Service
 216 N Valley Oaks Dr
Visalia, CA 93292


City of Visalia Solid Waste
707 W Acequia Ave
Visalia, CA 93291


City of Visalia-Utilities
PO Box 80268
City of Industry, CA 91716-8268


Comcast
9602 South 300 West Suite B
Sandy, UT 84070-3302


Direct TV
PO Box 105249
Atlanta, GA 30348


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
```

```
               Internal Revenue Service
               PO Box 7346
               Philadelphia, PA 19101-7346


               Johnson Controls
               3451 W Ashlan Ave
               Fresno, CA 93722


               OnDeck Capital
               PO Box 12021
               Arlington, VA 22219


               Paul J. Sievers, Esq.
               Geraci Law Firm
               90 Discovery
               Irvine, CA 92618


               Protection 1 Security Solutions
               724 N Elko St
               Visalia, CA 93291


               San Joaquin Pest Control
               1104 N Marcin St
               Visalia, CA 93291


               San Lazarus Health Care
               PO Box 4905
               Carson, CA 90749


               Security First Alarm King
               635 N Plaza Drive
               Visalia, CA 93291


               SoCalGas
               1305 E Noble Ave
               Visalia, CA 93291


               Southern California Edison
               PO Box 800
               Rosemead, CA 91770


               Stott
               PO Box 7209
               Chico, CA 95927
```

```
Tulare County Assessor
221 S Mooney Blvd
Visalia, CA 93291


Verizon
PO Box 660108
Dallas, TX 75266
```

# United States Bankruptcy Court
## Eastern District of California

In re    **Magnolia Park**        Case No. _____

Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Magnolia Park** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2019**        **/s/ Justin D. Harris**
Date        **Justin D. Harris**
       Signature of Attorney or Litigant
       Counsel for    **Magnolia Park**
       **HARRIS LAW FIRM, PC**
       **7110 N. Fresno St., Suite 400**
       **Fresno, CA 93720**
       **(559) 272-5700 Fax:(559) 554-9989**
       **jdh@harrislawfirm.net**