GREGORY S. POWELL, State Bar No. 182199
Assistant United States Trustee
JASON BLUMBERG, NY State Bar No. 4055257
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re ) | Case No. 19-15279 |
| ) | |
| **Magnolia Park,** ) | Chapter 11 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to be added to the electronic service matrix and that all required notices, pleadings and documents be directed to:

> Office of the United States Trustee
> Attn: Jason Blumberg
> 501 "I" Street, Suite 7-500
> Sacramento, CA 95814
> Email: jason.blumberg@usdoj.gov

Dated: December 20, 2019       TRACY HOPE DAVIS
                               UNITED STATES TRUSTEE

                               /s/ Jason Blumberg
                               Trial Attorney