3

1 Justin D. Harris, #199112
HARRIS LAW FIRM, PC
2 7110 N. Fresno St., Suite 400
Fresno, California 93720
3 Telephone (559) 272-5700
Facsimile (559) 554-9989
4 Email: jdh@harrislawfirm.net

5 Attorneys for Magnolia Park

6

7

8 UNITED STATES BANKRUPTCY COURT

9 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 
| | |
|---|---|
| In re: | Case No. 19-15279-A-11 |
| MAGNOLIA PARK, | Chapter 11 |
| Debtor. | DC No. n/a |
| | Date: July 1, 2020<br>Time: 1:30 p.m.<br>Place: Dept. A, 5th Floor, Courtroom. 11<br>2500 Tulare Street,<br>Fresno, California 93721<br>Judge: Hon. Fredrick E. Clement |

**DEBTOR-IN-POSSESSION'S CHAPTER 11
STATUS CONFERENCE STATEMENT**

Debtor, Magnolia Park, provides the following Chapter 11 Status Conference Statement:

**A. Debtor's Current Status.**

Debtor still owns and operates Magnolia Park Assisted Living in Visalia, California. Magnolia Park Assisted Living ("Magnolia Park AL") is a licensed 48-bed assisted living facility. It operates pursuant to a license issued by the State of California, Department of Social Services ("DSS"). That license is specific to



1

DEBTOR-IN-POSSESSION CHAPTER 11 STATUS CONFERENCE STATEMENT

Esperanza Hansen, its owner and Debtor's sole shareholder. At the time of filing Magnolia Park AL had 24 residents. As of today, it has 26 residents.

Debtor operates Magnolia Park AL on real property formerly owned by a related entity and current debtor, The Magnolia Group, Inc. (19-15278) ("Magnolia Group"). The underlying real property was foreclosed in November 2019 and is the subject of an adversary proceeding pending as case no. 2018-01008 in Magnolia Group's case. At the hearing on June 1, 2020, the Court granted a motion by ABLP Properties Visalia LLC for relief from stay (GLF-5) with respect to Magnolia Group's real property located at Lewis Lane in Tulare, CA. A foreclosure sale is scheduled for the Lewis Lane property on June 30, 2020. Magnolia Group requests that the Court dismiss its bankruptcy case at its status conference on July 1, 2020.

**B. Debtor Requests Dismissal of its Bankruptcy Case at the July 1, 2020 Chapter 11 Status Conference.**

Debtor's best shot at success in chapter 11 was through a global settlement involving The Magnolia Group, Inc. and its primary creditor, ABLP Properties Visalia, LLC. Though Debtor worked mightily on that global settlement, it did not work out. The amount claimed owing by ABLP Properties Visalia, LLC is too big to be worked out through a plan and have the Debtor remain viable. Debtor does not own the real property where it operates, and this makes reorganization unattainable. Debtor is instead prepared to take its chances outside of bankruptcy as the only party licensed to operate Magnolia Park AL. Appointment of a chapter 11 trustee would serve no purpose because there is no realistic possibility of reorganization within a reasonable time regardless who is in charge. Likewise, conversion to chapter 7 would not be in the best interests of creditors as creditors will only be paid through an operating business. It's time for Debtor to exit chapter 11.

In light of the foregoing, Debtor requests that the Court dismiss its chapter 11 case pursuant to its Order re Chapter 11 Status Conference and Notice Thereof filed 1/9/20 (Doc 17) by which the Court states its ability to dismiss a case *sua sponte*.



Dated: June 19, 2020

HARRIS LAW FIRM, PC

By: _____
Justin D. Harris, Attorney
for Debtor